| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | EDDIE R. JIMENEZ (CA SBN 231239)<br>ALEXIS M. BORNHOFT (CA SBN 270200)<br>GABRIEL OZEL (CA SBN 269098)<br>PITE DUNCAN, LLP<br>4375 Jutland Drive, Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-0933<br>Telephone: (858) 750-7600<br>Facsimile: (619) 590-1385 |

6  Attorneys for JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>JORGE BRADUL BONILLA CORLETO,<br><br>Debtor(s). | Case No. 10-74561<br><br>Chapter 13<br><br>**JPMORGAN CHASE BANK, NATIONAL ASSOCIATION'S REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS AND RESERVATION OF RIGHTS** |

TO: UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR(S), AND ALL INTERESTED PARTIES

PLEASE TAKE NOTICE that the firm of PITE DUNCAN, LLP, attorneys for JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, hereby requests special notice of all events relevant to the above-referenced bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

/./././

REQUEST FOR SPECIAL NOTICE -1-

1  PITE DUNCAN, LLP, requests that for all notice purposes and for inclusion in the Master
2  Mailing List in this case, the following address be used:

ALEXIS M. BORNHOFT
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

7  Neither this Request for Special Notice nor any subsequent appearance, pleading, claim,
8  proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of
9  the within party's:

10     a.    Right to have any and all final orders in any and all non-core matters entered only
11 after de novo review by a United States District Court Judge;

12     b.    Right to receive service pursuant to Fed. R. Civ. P. 4 made applicable to the instant
13 proceeding by Fed. R. Bankr. P. 7004, notwithstanding Pite Duncan, LLP's participation in the
14 instant proceeding. This Request for Special Notice shall not operate as a confession and/or
15 concession of jurisdiction. Moreover, the within party does not authorize Pite Duncan, LLP, either
16 expressly or impliedly through Pite Duncan, LLP's participation in the instant proceeding, to act as
17 its agent for purposes of service under Fed. R. Bankr. P. 7004;

18     c.    Right to trial by jury in any proceeding as to any and all matters so triable herein,
19 whether or not the same be designated legal or private rights, or in any case, controversy or
20 proceeding related hereto, notwithstanding the designation or not of such matters as "core
21 proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to
22 statute or the United States Constitution;

23     d.    Right to have the reference of this matter withdrawn by the United States District
24 Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

25 /./../
26 /./../
27 /./../
28 /./../

1   e.  Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements at law or in equity or under the United States Constitution.

Dated: February 14, 2011      PITE DUNCAN, LLP

/s/ ALEXIS M. BORNHOFT (CA SBN 270200)
Attorneys for JPMORGAN CHASE BANK, NATIONAL ASSOCIATION