```
PATRICK L. FORTE, #80050
CORRINE BIELEJESKI, #244599
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

**In re:**   Case No. 10-74561 RN

**JORGE BRADUL BONILLA CORLETO,**   Chapter 13

        **Debtor.**   DECLARATION OF DEBTOR IN SUPPORT OF DEBTOR'S MOTION TO VALUE LIEN

_____/

I, Jorge Corleto, declare:

    1. I am the debtor in the above-captioned case.

    2. The facts contained herein are true and correct and if called upon as a witness I can testify competently as to them.

    3. At the time I filed my chapter 13 case, on December 21, 2010, I was the owner of the real property located at 2707 Feemster Avenue, Visalia, CA 93292 (the "property").

    4. I am informed and believe that on the date I filed my case, my property was worth approximately $213,000.00.

    5. The property is encumbered by a First Deed of Trust in favor of Aurora Loan Services in the sum of $368,000.00, as evidenced by my Schedule D, a copy of which is attached as Exhibit A and made a part hereof.

Case: 10-74561   Doc# 17-2   Filed: 02/22/11   Entered: 02/22/11 15:54:17   Page 1 of 2

1     6. PNC Bank is the beneficiary of a Second Deed of Trust against
2 the property in the sum of $42,500.00, as evidenced by my Schedule D,
3 a copy of which is attached as Exhibit A and made a part hereof.
4     I declare under penalty of perjury under the laws of the State of
5 California that the foregoing is true and correct.
6 Dated: February 20, 2011         /s/ Jorge Corleto
                                                JORGE CORLETO