PATRICK L. FORTE, #80050
CORRINE BIELEJESKI, #244599
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor

The following constitutes
the order of the court. Signed March 18, 2011

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

**JORGE BRADUL BONILLA CORLETO,**

        **Debtor.**

_____/

Case No. 10-74561 RN

Chapter 13

**ORDER VALUING LIEN OF PNC BANK**

On February 22, 2011, Jorge Corleto (hereinafter Debtor) served a motion to value the lien of PNC Bank successor in interest to National City (hereinafter Lienholder) against the property commonly known as 2707 Feemster Avenue, Visalia, CA 93292, which lien was recorded in Tulare County on or about June 14, 2007 as document 2007-0055153 (hereinafter the Lien).

The court finds that notice of the motion upon Lienholder was proper. Lienholder having failed to file timely opposition to Debtor's motion, the court hereby orders as follows:

(1) For purposes of Debtor's chapter 13 plan only, the Lien is valued at zero, Lienholder does not have a secured claim, and the Lien may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322 (b)(2) and 1327.

(2) This order shall become part of Debtor's confirmed chapter 13 plan.

(3) Upon entry of a discharge in Debtor's chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtor, the court will enter an appropriate form of judgment voiding the Lien.

(4) If Debtor's chapter 13 case is dismissed or converted to one under another chapter before Debtor obtains a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the Lienholder, the court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

*** END OF ORDER ***

COURT SERVICE LIST

Law Offices of Patrick L. Forte
One Kaiser Plaza, Suite 480
Oakland, CA 94612

Jorge Corleto
2862 Esmond Avenue
Richmond, CA 94804

Attn: Officer
PNC Bank, NA
222 Delaware Avenue
Wilmington, Delaware 19899

Attn: Officer
PNC Bank
PO BOX 94982
Cleveland, OH 44101

Attn: Officer
PNC Bank, NA
c/o CSC Lawyers Incorporating Service
2730 Gateway Oaks Drive
Suite 100
Sacramento, CA 95833-3503

Attn: Officer or Managing Agent
Aurora Loan Services, LLC
10350 Park Meadows Dr.
Littleton, CO 80124

Attn: Officer or Managing Agent
Aurora Loan Services, LLC
C/o CSC – Lawyers Incorporating Service
2730 Gateway Oaks Drive
Suite 100
Sacramento, CA 95833

Attn: Ramesh Singh
GE Money Bank
C/o Recovery Management Systems Corp.
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

```
 1  Attn: Officer or Managing Agent
    HSBC Bank Nevada, NA
 2  Bass & Associates, PC
    3936 E. Ft. Lowell Road, Suite #200
 3  Tucson, AZ 85712

 4
    Attn: Officer
 5  BAC Home Loans Servicing, LP
    C/o Prober & Raphael, A Law Corporation
 6  20750 Ventura Boulevard
    Suite 100
 7  Woodland Hills, CA 91364

 8
    Attn: Alexis M. Bornhoft
 9  JPMorgan Chase Bank, NA
    C/o Pite Duncan LLP
10  4375 Jutland Drive
    Suite 200
11  P.O. Box 17933
    San Diego, CA 92177-0933
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
```