```
PATRICK L. FORTE #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor
```

The following constitutes
the order of the court. Signed September 28,

_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 10-74561 WJL** |
| **JORGE BRADUL BONILLA CORLETO,** | **Chapter 13** |
| Debtor. _____/ | <u>**ORDER MODIFYING CHAPTER 13 PLAN**</u> |

The above named debtor having served a Motion to Modify Chapter 13 Plan on August 30, 2012, and any opposition, if received, having been resolved and good cause appearing therefor;

**IT IS ORDERED** that debtor's Chapter 13 Plan be modified as follows:

Debtor shall surrender the real property located at 2707 Feemster Avenue, Visalia, CA 93292 to Aurora Loan Services, PNC Mortgage, & the Contra Costa Treasurer Tax Collector.

**END OF ORDER**

**COURT SERVICE LIST**

'No physical service required'