Erin Laney (SBN 259863)
elaney@piteduncan.com
Parada Kovadi (SBN 272724)
pkovadi@piteduncan.com
**PITE DUNCAN, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for Movant
PNC Bank, National Association

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>JORGE BRADUL BONILLA CORLETO,<br><br>Debtor. | Case No. 10-74561-WJL<br><br>Chapter 13<br><br>R.S. No.      ELL – 1087<br><br>**MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>**PROPERTY**:<br>2707 E Feemster Ave<br>Visalia, CA 93292<br><br>**Hearing**:<br>Date:      March 20, 2013<br>Time:      9:30 a.m.<br>Ctrm:      220 |

PNC Bank, National Association ("Movant")[1] will and hereby does move, pursuant to 11 U.S.C. § 362(d) and Rule 4001 of the Federal Rules of Bankruptcy Procedure, for an order terminating the automatic stay of 11 U.S.C. § 362(a) as it applies to Movant and the real property located at 2707 E Feemster Ave, Visalia, California 93292 ("Property").

/././

/././

/././

- 1 -      CASE NO. 10-74561-WJL
**MOTION FOR RELIEF FROM AUTOMATIC STAY**

1   This Motion is based on the Notice of Motion for Relief from Automatic Stay,
2   Memorandum of Points and Authorities in Support of Motion for Relief from Automatic Stay,
3   and Declaration in Support of Motion for Relief from Automatic Stay filed concurrently
4   herewith, the pleadings and papers on file herein, and upon such oral and documentary evidence
5   as may be presented by the parties at the hearing.

PITE DUNCAN, LLP

Dated: March 4, 2013

/s/
ERIN LANEY
Attorneys for Movant PNC Bank, National Association