

Weinstein & Riley, P.S.
Gail A. Rinaldi, SBN 133354
3830 Valley Centre Drive, Ste. 705-411
San Diego, CA 92130
Phone: (760) 846-1003
Fax: (858) 481-3780
E-mail: GailR@w-legal.com
Attorneys for Movant

The following constitutes the order of the court.
Signed February 22, 2015

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA (Oakland)

In re:

Jorge Bradul Bonilla Corleto,

    Debtor

Case No.: 10-74561

Chapter: 13

## ORDER GRANTING MOTION FOR RELIEF FROM STAY

    A hearing was held on February 11, 2015 at 9:30 AM, before the Honorable Judge William J. lafferty for Nationstar Mortgage LLC, as servicer for Deutsche Bank National Trust Company Americas, as Trustee for Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QO5 ("Movant") Motion for Relief from Stay regarding the property located at 2707 East Feemster Avenue, Visalia, CA 93292. Appearances were made by Gail A. Rinaldi on behalf of Movant. An attorney for debtor appeared as indicated on the court record and did not oppose the motion.

    IT IS ORDERED that the Motion for Relief from Stay is hereby GRANTED.

    IT IS FURTHER ORDERED that the 14 day stay prescribed by Rule (4001)(a)(3) of the Federal Rules of Bankruptcy Procedure is WAIVED.

**END OF ORDER**

COURT SERVICE LIST